# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                )
                                )
Western Ltd.                )     ASBCA No. 61015
                                  )
Under Contract No. W5KA4N-11-P-0126   )

APPEARANCE FOR THE APPELLANT:      Mr. Amanullah Tanha
                                         General Director

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                         Army Chief Trial Attorney
                                         MAJ Christopher C. Cross, JA
                                         Trial Attorney

## ORDER OF DISMISSAL

By letter dated 8 February 2017, the government confirmed that ASBCA No. 61015 duplicates the earlier docketed appeal ASBCA No. 61004. Appellant apparently submitted two notices of appeal from the same contracting officer's final decision. The Recorder's office docketed both filings. By Board Order dated 22 February 2017, the Board informed the parties that it intended to administratively dismiss ASBCA No. 61015 from the Board's docket unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, the latter appeal, ASBCA No. 61015, is administratively dismissed from the Board's docket.

Dated: 21 March 2017

for JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61015, Appeal of Western Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals